UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

JOHN A. REKOW, SR.,

        Plaintiff,

   v.            Civil No.  07-1738-AA

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant.

## JUDGMENT

The Commissioner decision is not based on substantial evidence.  Therefore, this case is reversed and remanded for payment of benefits. This action is dismissed.

Dated: December 9, 2008.

_____
United States District Judge

**JUDGMENT**          **DOCUMENT NO:** _____