WILBORN LAW OFFICE, P.C.
TIM WILBORN — OSB # 94464
twilborn@mindspring.com
P.O. Box 2768
Oregon City, OR 97045
Voice: (503) 632-1120
Fax: (503) 632-1198
  Attorney for Plaintiff

FILED '09 MAR 17 1:00 USDC-ORE

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**JOHN REKOW**,

    Plaintiff,

vs.

**COMMISSIONER of Social Security,**

    Defendant.

CV # 07-1738-AA

ORDER

Attorney fees in the amount of $5,850.00 are hereby awarded to Plaintiff's attorney, Tim Wilborn, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), and costs in the amount of $350.00 are awarded pursuant to 28 U.S.C. § 1920. The checks shall be mailed to Attorney Wilborn's address: P.O. Box 2768, Oregon City, OR 97045.

DATED this 17 day of March, 2009.

_____
United States District Judge

Submitted on March 12, 2009 by:

/s/ Tim Wilborn, OSB # 94464
(503) 632-1120
  Attorney for Plaintiff

ORDER - Page 1

March 12, 2009

WILLIAMS KASTNER™

**∎∎∎◀**

Hon. Ann L. Aiken
United States District Court Judge
Wayne L. Morse U.S. Courthouse
405 E. 8th Ave., Room 2100
Eugene, OR  97401

Re:   *Stoehr v. I-Flow Corporation*, **Case No. CV 08-01012-AA**
      *Snodgrass v. I-Flow Corporation*, **Case No. CV 08-01387-AA**
      *Cronin v. I-Flow Corporation*, **Case No. CV 09-00146-AA**
      *Schoenborn v. Stryker Corporation*, **Case No. CV 08-01419-AA**

Dear Judge Aiken:

This joint letter confirms the agreement among plaintiffs' and defendants' counsel on new deadlines for the above-referenced cases.

|                                   | Current Deadline | Requested Deadline |
|-----------------------------------|------------------|--------------------|
| Fact Discovery Cutoff             | None Set         | December 15, 2009  |
| Joint ADR report due              | None Set         | February 15, 2010  |
| Plaintiffs' expert reports due    | None Set         | March 15, 2010     |
| Defendants' expert reports due    | None Set         | April 15, 2010     |
| Dispositive Motions Deadline      | None Set         | April 30, 2010     |

Respectfully,

s/ Heather J. Van Meter, OSB #98362
Williams, Kastner & Gibbs PLLC
(503) 944-6973
hvanmeter@williamskastner.com
*For all defendants*

s/ Leslie W. O'Leary, OSB #99090
Williams Love O'Leary & Powers
(503) 295-2924
loleary@wdolaw.com
*For all plaintiffs*

Williams Kastner & Gibbs PLLC
888 SW I fth Avenue  Suite 600
P rtland  Oregon 97204
main 503.228 71 57  fax 503.222 7261
ww w williamskastner.com
SEATTLE   TACOMA  PORTLAND

*Practicing law with greater resolve*™
2460881.1

**WILLIAMS KASTNER™**
∎∎∎◀

March 12, 2009

Hon. Ann L. Aiken
United States District Court Judge
Wayne L. Morse U.S. Courthouse
405 E. 8th Ave., Room 2100
Eugene, OR  97401

Re:    *Stoehr v. I-Flow Corporation*, **Case No. CV 08-01012-AA**
       *Snodgrass v. I-Flow Corporation*, **Case No. CV 08-01387-AA**
       *Cronin v. I-Flow Corporation*, **Case No. CV 09-00146-AA**
       *Schoenborn v. Stryker Corporation*, **Case No. CV 08-01419-AA**

Dear Judge Aiken:

This joint letter confirms the agreement among plaintiffs' and defendants' counsel on new deadlines for the above-referenced cases.

|  | **Current Deadline** | **Requested Deadline** |
|---|---|---|
| Fact Discovery Cutoff | None Set | December 15, 2009 |
| Joint ADR report due | None Set | February 15, 2010 |
| Plaintiffs' expert reports due | None Set | March 15, 2010 |
| Defendants' expert reports due | None Set | April 15, 2010 |
| Dispositive Motions Deadline | None Set | April 30, 2010 |

Respectfully,

s/ Heather J. Van Meter, OSB #98362
Williams, Kastner & Gibbs PLLC
(503) 944-6973
hvanmeter@williamskastner.com
*For all defendants*

s/ Leslie W. O'Leary, OSB #99090
Williams Love O'Leary & Powers
(503) 295-2924
loleary@wdolaw.com
*For all plaintiffs*

Williams Kastner & Gibbs PLLC
888 SW Fifth Avenue, Suite 600
Portland, Oregon 97204
main 503.228.7967   fax 503.222.7261
www.williamskastner.com
SEATTLE  TACOMA  PORTLAND

*Practicing law with greater resolve™*
2460881.1